FILED: May 2, 2014

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 14-1434

(2:13-cv-00173-MSD-DEM)

_____

WORLD FUEL SERVICES TRADING, DMCC, d/b/a Bunkerfuels

    Plaintiff - Appellee

v.

HEBEI PRINCE SHIPPING COMPANY, LTD.

    Claimant - Appellant

and

M/V HEBEI SHIJIAZHUANG, her engines, tackle, equipment, appurtenances, etc., in rem

    Defendant

T. PARKER HOST, INC.

    Claimant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
|---|---|
| Originating Case Number | 2:13-cv-00173-MSD-DEM |

| | |
|---|---|
| Date notice of appeal filed in originating court: | 04/30/2014 |
| Appellant (s) | Hebei Prince Shipping Company, Ltd. |
| Appellate Case Number | 14-1434 |
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |